U.S. District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RHEEM GHAZAL,

           Plaintiff,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.;

           Respondents.

Case No. C17-1710-RAJ

JOINT STIPULATION AND
[PROPOSED] ORDER FOR REMAND
AND DISMISSAL

**Noted for consideration on:
January 17, 2018**

## JOINT STIPULATION

       The parties hereby stipulate and agree that the Court may remand Plaintiff's

naturalization application to USCIS for adjudication and issuance of a decision. The parties

further stipulate and agree that USCIS will render a decision on Plaintiff's application within

fourteen (14) days after entry of this Order. The parties further stipulate and agree that the Court

may make and enter an order dismissing this case without prejudice and without costs or fees to

either party. The Court may keep jurisdiction to enforce the terms of this order.

//

//

//

JOINT STIPULATION AND ORDER
FOR REMAND AND DISMISSAL - 1
[Case No.C17-1710-RAJ]

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice and without an award of costs to either party.


Dated this 23rd day of January, 2018.


_Richard A. Jones_
_____
The Honorable Richard A. Jones
United States District Judge

JOINT STIPULATION AND ORDER
FOR REMAND AND DISMISSAL - 2
[Case No.C17-1710-RAJ]